**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, INDUSTRY TRAINING FUND AND SCHOLARSHIP FUND,

       Petitioners,       24 **CIVIL** 9322 (VEC)

  -against-           **JUDGMENT**

123 WASHINGTON LLC,

       Respondent.
-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, the petition to confirm the arbitration award is GRANTED. Judgment is entered for Petitioner in the amount of $2,567,819.36, plus post-award, pre-judgment interest at a rate of nine percent per annum from March 8, 2024, to the date judgment is entered, in the amount of $245,762.12, and post-judgment interest thereafter at the statutory rate, 28 U.S.C. § 1961, until the judgment is paid; accordingly, the case is closed.

**Dated**: New York, New York
   March 31, 2025

                   **TAMMI M. HELLWIG**
                   _____
                   **Clerk of Court**

            **BY:**  *K. Mango*
                   _____
                   **Deputy Clerk**